# United States District Court

_____EASTERN_____ DISTRICT OF _____VIRGINIA_____

UNITED STATES OF AMERICA

v.

Demetrious Glenn

**WARRANT FOR ARREST**

CASE NUMBER  1:07mj1019

08-030-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Demetrious Glenn_____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Wire Fraud & Aggravated Identity Theft

in violation of Title __18__ United States Code, Section(s) __1343 & 1028A__

Barry R. Poretz                                         U.S. Magistrate Judge
Name of Issuing Officer                                 Title of Issuing Officer

_[signature]_                                           November 27, 2007 Alexandria, VA
Signature of Issuing Officer                            Date and Location

Bail fixed at $ _____
                                        By _____
                                            Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  333 Const Ave
(USMS Cellblock) NW Washington, DC
- US District Ct

| DATE RECEIVED 1/16/08 | NAME AND TITLE OF ARRESTING OFFICER  T.P. OHBA  DUSM  Cellblock/USMS  Washington, DC  US District CT | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 1/16/08 | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

EASTERN DISTRICT OF VIRGINIA

FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.                                    CRIMINAL COMPLAINT

Demetrious Glenn                      CASE NUMBER: 1:07mj1019

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 2006 through the present** in **Stafford** County and elsewhere in the **Eastern** District of **Virginia** defendant(s) did, (Track Statutory Language of Offense)

Knowingly and with the intent to defraud, commit wire fraud and did knowingly transfer, possess and use, without lawful authority, a means of identification of another person

in violation of Title __18__ United States Code, Section(s) __1343 & 1028A__

I further state that I am a(n) __Detective__ and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof   ☒ Yes   ☐ No

_Ed Milner_ (signature)
Signature of Complainant
Ed Milner
Detective
Alexandria Police Department

AUSA Marla Tusk

Sworn to before me and subscribed in my presence,

__November 27, 2007__ at __Alexandria, Virginia__
Date                                            City and State

Barry R. Poretz, U.S. Magistrate Judge
Name & Title of Judicial Officer               Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

DEMETRIOUS GLENN,

Defendants.

Criminal No. 1:07mj1019

NOV 27 2007

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Edward Milner, being duly sworn, depose and say that:

### Introduction

1. I have been a law enforcement officer for the Commonwealth of Virginia for eighteen years. I am currently a Detective with the City of Alexandria Police Department and have been so employed for eleven years. I have been assigned to the U.S. Secret Service Fraud/Financial Task Force for the past one and a half years. In that capacity, I investigate fraud, money laundering, and other financial crimes. I have investigated numerous financial conspiracies and money laundering enterprises involving the production and use of fraudulent financial instruments and identification cards.

2. My law enforcement training and experience has included the preparation, presentation, and service of criminal complaints and arrest and search warrants. I have received training in general law enforcement and criminal investigations, including investigations of debit card fraud, forgery, and theft. I have conducted numerous criminal investigations related to these crimes that have resulted in the arrest and conviction of the offenders involved.

3. The information contained in this affidavit is based upon my personal observations

and investigation, on information provided to me by other local police and federal agents involved in this investigation, and information provided by officers and investigators employed with other financial institutions. I have consulted with investigators from the Certegy Corporation ("Certegy"), which is a for-profit check insurance company that verifies checks passed by individuals at commercial establishments. Certegy keeps records of bad, worthless, and fraudulent checks that have been passed at its clients' business establishments. Certegy has numerous clients throughout the United States, including the Target Corporation ("Target"). I have also consulted with fraud investigators from Target.

4. This affidavit does not contain every detail of every aspect of this investigation, but rather sets forth those facts that I believe are necessary to demonstrate probable cause to believe that, within the Eastern District of Virginia and elsewhere, Demetrious GLENN and Juaque Lavon HILL, knowingly and with the intent to defraud, devised and participated in a scheme and artifice to defraud, and in furtherance of this scheme caused the transmission of a writing, signal, and sound by means of a wire communication in interstate commerce, in violation of 18 U.S.C. § 1343, and knowingly transferred, possessed, and used means of identification of other persons without lawful authority, in violation of 18 U.S.C. § 1028A.

### Statements of Facts Supporting Probable Cause for Wire Fraud

5. On July 27, 2006, HILL purchased $377.99 worth of merchandise, including electronics, from Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. HILL was accompanied during the transaction by Michelle Declia Jackson, who carried the merchandise away from the cash register. Target videotaped the transaction, and I was able to identify HILL and Jackson by viewing the videotape and comparing the images on it with known drivers' license photographs of HILL and Jackson. The check used by HILL was in the name

Derrick Williams, contained false checking account number 1600000846524, and was drawn on the funds of the NASA Federal Credit Union.

6. On May 16, 2007, GLENN purchased $629.99 worth of merchandise, including a Playstation3, from Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. Target videotaped the transaction, and I was able to identify GLENN by viewing the videotape and comparing the images on it with a known drivers' license photograph of GLENN. The check used by GLENN carried the name Carols Carter, contained false checking account number 00000003609368, and was drawn on the funds of the National Geographic Federal Credit Union.

7. On May 24, 2007, GLENN purchased $629.99 worth of merchandise, including a Playstation3, from Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN carried the name Remar Jackson, contained false checking account number 7000000364376, and was drawn on the funds of the Senate Employees Federal Credit Union.

8. On May 26, 2007, an unidentified male purchased $629.99 worth of merchandise, including a Playstation3, at Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. The unidentified male was accompanied during the transaction by HILL and Laverne Glenn. Target videotaped the transaction, and I was able to identify Laverne Glenn and HILL by viewing the videotape and comparing the images on it with known drivers' license photographs of Laverne Glenn and HILL. The check used by the unidentified male bore the name Michael West, contained false checking account number 7000000364471, and was drawn on the funds of the Senate Employees Federal Credit Union.

3

9. Also on May 26, 2007, approximately two minutes after the unidentified male, HILL, and Laverne Glenn completed the transaction described in paragraph 8 above, GLENN purchased $408.94 worth of merchandise from the same Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN bore the name Michael West, contained false account number 70000000364876, and was drawn on the funds of the Senate Employees Federal Credit Union.

10. On June 8, 2007, GLENN purchased $314.99 worth of merchandise, including a 17-inch LCD television, from Target store #1076 in Alexandria, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN carried the name Paul Reid, contained false checking account number 000000024151763, and was drawn on the funds of the National Geographic Federal Credit Union. GLENN presented an identification card to the cashier during the transaction.

11. On June 9, 2007, GLENN purchased $629.99 worth of merchandise, including a Playstation3, from Target store #1871 in Abingdon Maryland. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN carried the name Paul Reid, contained false checking account number 000000024151737, and was drawn on the funds of the National Geographic Federal Credit Union.

12. On June 10, 2007, GLENN purchased $345.44 worth of merchandise from Target store #1076 in Alexandria, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN carried the name Paul Reid, contained account number XXXX859, and was drawn on the funds

4

of the United States Postal Service Federal Credit Union. GLENN presented an identification card to the cashier during the transaction.

13. On June 24, 2007, HILL purchased $682.46 worth of electronics from Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify HILL. The check used by HILL was in the name Remar Jackson, contained the account number 70000000XXX525, and was drawn on the funds of the United States Senate Federal Credit Union. HILL presented an identification card to the cashier during the transaction.

14. On June 29, 2007, GLENN and two unidentified females purchased $292.26 worth of merchandise from Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify GLENN. One of the unidentified females presented a false identification card and a check in the name of Lana Lopez. The check contained false checking account number 70000000232385 and was drawn on the funds of the United States Senate Federal Credit Union.

15. On June 29, 2007, HILL purchased $680.66 worth of merchandise, including a television, from Target store #1137 in Fredericksburg, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify HILL. The check used by HILL bore the name Remar Jackson, contained false checking account number 70000000550790, and was drawn on the funds of the United States Senate Federal Credit Union.

16. On July 1, 2007, HILL purchased $659.98 worth of merchandise from Target store #1001 in Baltimore, Maryland. I viewed Target's videotape of the transaction and was able to identify HILL. The check used by HILL bore the name Remar Jackson, contained false checking account number 70000000550749 and was drawn on the funds of the United States

Senate Federal Credit Union.

17. On August 18, 2007, GLENN purchased $292.26 worth of merchandise, including a Playstation3, from Target store #1158 in Burlington, New Jersey. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN bore the name Joe Blue, contained false checking account number 117100003941, and was drawn on the funds of the Empower Federal Credit Union.

18. On September 8, 2007, GLENN purchased $587.98 worth of merchandise, including a Playstation3, from Target store # 857 in Statford, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN bore the name Joe Blue, contained false checking account number 117100007652, and was drawn on the funds of the Empower Federal Credit Union.

19. On September 8, 2007, GLENN purchased $629.66 worth of merchandise from Target store #1968 in Mechanicsville, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN carried the name Joe Blue, contained false checking account number 117100073S3, and was drawn on the funds of the Empower Federal Credit Union.

20. On September 12, 2007, GLENN purchased $409.47 worth of merchandise from Target store #2133 in La Plata, Maryland. I viewed Target's videotape of the transaction and was able to identify GLENN. The check used by GLENN carried the name Joe Blue, contained false checking account number 117100057428, and was drawn on the funds of the Empower Federal Credit Union. On the same day, an unidentified male purchased $367.47 worth of merchandise from the same Target store #2133 in La Plata, Maryland. The check used by the unidentified male carried the name James Taylor, contained false checking account number

6

70000060935268, and was drawn on the funds of the United States Senate Federal Credit Union. The unidentified male presented an identification card, which bore the name James Taylor and a photograph of the unidentified male, to the cashier during the transaction. I reviewed Target's videotape and the unidentified male is seen on the videotape talking with GLENN in the store. The unidentified male and GLENN exited the store approximately five minutes apart.

21. On September 16, 2007, GLENN purchased $314.98 worth of merchandise, including a Nintendo Wii, from Target store #1976 in Alexandria, Virginia, within the Eastern District of Virginia. The check used by GLENN carried the name Joe Blue, contained false checking account number 000000360917860, and was drawn on the funds of the National Geographic Society Federal Credit Union. Laverne Glenn accompanied GLENN during the transaction and carried the merchandise out of the store. I viewed Target's videotape of the transaction and was able to identify GLENN and Laverne Glenn.

22. On October 19, 2007, an unidentified male accompanied HILL to Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify HILL. HILL was seen conversing with the unidentified male while approaching the cashier's counter. The unidentified male presented identification to the cashier and attempted to purchase $577.46 worth of merchandise with a check, but the check was declined. Within a few minutes, HILL returned to the cashier's counter with the unidentified male and attempted to use a check to purchase the same merchandise, but his check was also declined. HILL then made a small cash purchase and departed.

23. On October 20, 2007, GLENN purchased $267.50 worth of merchandise from Target store #1183 in Bensalem, Pennsylvania. The check used by GLENN carried the name Reuben Walker, contained false checking account number 0093162638, and was drawn on the

funds of the Chartway Federal Credit Union. Target's videotape was reviewed by a Target fraud investigator who is very familiar with this investigation and the suspects identified to date. The Target investigator confirmed that the individual who passed the check during this transaction was GLENN.

24. On November 12, 2007, Michaele Declia Jackson purchased $97.74 worth of merchandise from Safeway store #124 in Seat Pleasant, Maryland. HILL accompanied Jackson to the store and stood behind her in the check-out line. The check carried the name Lucretia Hunter, contained false checking account number 51923839, and was drawn on the funds of the Labor Federal Credit Union. I reviewed Safeway's videotape of the transaction and was able to identify HILL and Jackson. On November 11, 2007, I observed the receipt from this transaction in plain view in the front seat of a 1993 four-door Mercury Grand Marquis with temporary Maryland tag 52949B. On the same day, I observed HILL driving the Grand Marquis with temporary Maryland tag 52949B from 216 Zelma Avenue, Capitol Heights, Maryland to the Prince George's County Courthouse.

25. Each of the checks described in paragraphs 5 through 24 above contained the correct routing number for the particular Federal Credit Union named on the check.

26. Based on my training and experience, as well as interviews with officials at the Target Corporation and Certegy, I know that when a customer uses a check as payment at any Target retail store, the store electronically transfers the check data (including the routing number) to Certegy in Florida before the purchase can be completed. If the check is approved, Certegy electronically transmits an approval code back to the Target retail store and the purchase may then be completed.

27. Investigators from Certegy and Target have documented over 500 transactions,

8

funds from the account.

30. As described in paragraph 13 above, on June 24, 2007, HILL purchased $682.46 worth of electronics from Target store #1857 in Stafford, Virginia, within the Eastern District of Virginia. I viewed Target's videotape of the transaction and was able to identify HILL. The check bore the name Remar Jackson and account number 70000000XXX525, and was drawn on the funds of the United States Federal Credit Union. Account number 70000000XXX525 belongs to Regina and Reginald C., who are account holders at the United States Federal Credit Union. I interviewed the account holders and verified that the individual who made the purchase on June 23, 2007, did not have authorization to draw funds from the account.

31. Certegy has documented over 500 transactions involving fraudulent checks linked to GLENN and HILL. The United States Postal Federal Credit Union has identified at least 56 of the accounts used on checks by GLENN and HILL as valid savings account numbers that belong to members of the United States Postal Federal Credit Union.

### Prior Relevant Conduct

32. In November 2004, GLENN and HILL were arrested in Raleigh, North Carolina, after attempting to purchase merchandise from a Sears retail store using false identification and fraudulent checks. At the time, HILL was in possession of a false Washington, D.C. identification card in the name James D. Robinson. HILL attempted to pass a fraudulent check bearing the name James D. Robinson and a fictitious account number. GLENN was in possession of a false Washington, D.C. identification card in the name Kevin Botler. GLENN attempted to pass a check bearing the name Kevin Botler and a fictitious account number.

33. In January 2005, both GLENN and HILL were found guilty of larceny pursuant to a plea agreement in Wake County District Court in North Carolina.

34. I have reviewed Certegy's records relating to the false identities assumed by GLENN and HILL in North Carolina. According to these records, between September 2004 and December 2004, GLENN and HILL conducted at least 65 fraudulent transactions at Sears stores in Maryland, Virginia, and North Carolina, resulting in a loss of over $8,000.

## Conclusion

35. Based on the foregoing, there is probable cause to believe that within the Eastern District of Virginia and elsewhere, Demetrious GLENN and Juaque Lavon HILL, knowingly and with the intent to defraud, devised and participated in a scheme and artifice to defraud, and in furtherance of this scheme caused the transmission of a writing, signal, and sound by means of a wire communication in interstate commerce, in violation of 18 U.S.C. § 1343, and knowingly used means of identification of other persons in violation of 18 U.S.C. § 1028A.

_____
Edward Milner
Detective, Alexandria Police Department

Sworn and Subscribed before me this 27 day of November, 2007

_____
Hon. Barry R. Poretz
United States Magistrate Judge

Dec-10-07 11:50A USMS E/VA, Alex Warrants    7032742060                    P.14

Filed Under Seal Pursuant to the E-Government Act of 2002

JS 45 (11/2002)

# Criminal Case Cover Sheet                                        U.S. District Court

| Place of Offense: | Related Case Information: | Under Seal: Yes ___ No ___ |
|---|---|---|
| City _____ | Superseding Indictment ___ | Docket Number 07mj1019 |
| County/Parish _____ | Same Defendant ___ New Defendant __X__ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Juvenile -- Yes ____ No _X_    FBI # _____

Defendant Name _Demetrious Glenn_    Alias Name(s) _____

Address: _____

Employment: _____

_____ _____ Place of Birth _____

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos _____

Interpreter: ☐ No ☐ Yes    List language and/or dialect: ____    Automobile Description ____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Bond _____    ☐ Detention Sought

**Defense Counsel Information:**

Note:    ☐ Office of Federal Public Defender not to be appointed due to conflict of interest
Note:    ☐ CJA (Criminal Justice Act) attorney not to be appointed due to conflict of interest

Name _____                     ☐ Court Appointed
Address _____                  ☐ Retained
Telephone _____                ☐ Public Defender

**U.S. Attorney Information:**

AUSA _Maria Task_    Telephone No _703-299-3700_    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Detective Ed Milner, Alexandria Police Department (703) 519-3428

**U.S.C. Citations:**

Total # of Counts: __1__

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 _18 USC 1343_ | Wire Fraud | 1 | Felony |
| Set 2 _18 USC 1028A_ | Aggravated Identity Theft | 1 | Felony |

Date. _____    Signature of AUSA: _____