AO 466A (Rev 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED

JAN 1 7 2008

_____ FOR THE _____ DISTRICT OF ___ COLUMBIA ___

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

_Demetrius Glenn_

Defendant

CASE NUMBER: ___ 08-030 M ___

CHARGING DISTRICTS
CASE NUMBER: ___ 07-1019 M ___

I understand that charges are pending in the ___ Eastern ___ District of ___ Virginia ___

alleging violation of ___ 18 USC 1343 + 1028 A ___ and that I have been arrested in this district and

(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X)  identity hearing

(  )  preliminary hearing

(X)  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

_1-17-08_
Date

_____
Defense Counsel